UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Shelva J Holmes<br><br>            Debtor(s) | Case No. 09 B 36315 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on 09/30/2009.

    2) The plan was confirmed on 01/06/2010.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

    4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/30/2012.

    5) The case was Dismissed on 06/18/2012.

    6) Number of months from filing to last payment: 28.

    7) Number of months case was pending: 38.

    8) Total value of assets abandoned by court order:  NA .

    9) Total value of assets exempted:  NA .

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $15,948.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $15,948.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,102.45 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $818.99 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,921.44

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advance America | Unsecured | 1,134.00 | NA | NA | 0.00 | 0.00 |
| Affinity Cash Loans | Unsecured | 446.92 | NA | NA | 0.00 | 0.00 |
| American General Finance | Secured | 1,075.00 | 1,075.00 | 1,075.00 | 1,075.00 | 0.00 |
| Americas Financial Choice Inc | Unsecured | 1,145.30 | NA | NA | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 366.72 | 366.72 | 366.72 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 2,322.49 | 2,366.66 | 2,366.66 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 383.00 | NA | NA | 0.00 | 0.00 |
| Aspen | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Cash Transfers Center | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 812.00 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 1,155.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago | Unsecured | NA | 9.68 | 9.68 | 0.00 | 0.00 |
| City Of Chicago | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago | Secured | 197.68 | 207.36 | 197.68 | 197.68 | 0.00 |
| Commonwealth Edison | Unsecured | 226.64 | 534.07 | 534.07 | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 288.62 | NA | NA | 0.00 | 0.00 |
| CorTrust Bank | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Currency Exchange | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Devon Financial Services Inc | Unsecured | 363.22 | 398.85 | 398.85 | 0.00 | 0.00 |
| Devon Financial Services Inc | Unsecured | NA | 363.22 | 363.22 | 0.00 | 0.00 |
| East Bay Funding | Unsecured | 1,500.00 | 1,157.99 | 1,157.99 | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 800.00 | 584.51 | 584.51 | 0.00 | 0.00 |
| First Bank | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| First Rate Financial | Unsecured | 1,226.40 | NA | NA | 0.00 | 0.00 |
| First Savings Credit Card | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Secured | 1,825.00 | 1,825.00 | 1,825.00 | 1,825.00 | 0.00 |
| Great American Finance Company | Unsecured | NA | 341.71 | 341.71 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 580.00 | 580.00 | 580.00 | 580.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,029.10 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LaSalle Bank NA | Unsecured | 960.00 | NA | NA | 0.00 | 0.00 |
| Loan Care Servicing Center | Secured | 123,527.69 | 111,739.37 | 0.00 | 0.00 | 0.00 |
| Loan Care Servicing Center | Secured | 123,527.69 | 4,925.69 | 4,925.69 | 4,925.69 | 0.00 |
| Loan Machine | Unsecured | 1,300.00 | 1,847.32 | 1,847.32 | 0.00 | 0.00 |
| Macy's | Unsecured | 130.45 | NA | NA | 0.00 | 0.00 |
| MCR Budget Counselors Inc | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| Metra | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| Money Market | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| National Quick Cash | Unsecured | 939.34 | NA | NA | 0.00 | 0.00 |
| Nationwide Loans LLC | Unsecured | 2,000.00 | 1,101.93 | 1,101.93 | 0.00 | 0.00 |
| Pay Day Loans | Unsecured | 2,000.00 | 2,329.67 | 2,329.67 | 0.00 | 0.00 |
| Pay Day Loans | Unsecured | 1,621.00 | NA | NA | 0.00 | 0.00 |
| Pay Day Loans | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 223.39 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 931.63 | 971.26 | 971.26 | 0.00 | 0.00 |
| PLS Payday Loan Store | Unsecured | 1,900.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 740.00 | 941.96 | 941.96 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 264.38 | 264.38 | 264.38 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 273.68 | 273.68 | 273.68 | 0.00 | 0.00 |
| Prosper Market Place Inc | Unsecured | 2,700.00 | NA | NA | 0.00 | 0.00 |
| Recovery Management Systems Corp | Unsecured | 100.00 | 106.19 | 106.19 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 2,086.29 | 6,227.95 | 6,227.95 | 0.00 | 0.00 |
| Salute Visa | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Target Corporation | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| Upfront Payday | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| Uptown Cash | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| USA Payday Loans | Unsecured | 2,032.00 | NA | NA | 0.00 | 0.00 |
| Web Payday | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Financial Illinois Inc | Secured | 5,060.06 | 4,360.00 | 4,600.00 | 2,988.98 | 434.21 |
| Wells Fargo Financial Illinois Inc | Unsecured | 5,060.06 | 392.69 | 392.69 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $4,925.69 | $4,925.69 | $0.00 |
| Debt Secured by Vehicle | $4,600.00 | $2,988.98 | $434.21 |
| All Other Secured | $3,097.68 | $3,097.68 | $0.00 |
| **TOTAL SECURED:** | **$12,623.37** | **$11,012.35** | **$434.21** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $580.00 | $580.00 | $0.00 |
| **TOTAL PRIORITY:** | **$580.00** | **$580.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$20,580.44** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,921.44 |
| Disbursements to Creditors | $12,026.56 |
| **TOTAL DISBURSEMENTS** : | **$15,948.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/29/2012                    By: /s/ Marilyn O. Marshall
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.